AO 106 (Rev. 7/87) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

In the Matter of the Search of

Residence, outbuildings, storage containers, safes, vehicles and curtilage located at 278 Todd Quarter Road, Waterloo, South Carolina, and the person of Daniel James Schertz, more fully described below

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Criminal Number 6:05-562

I, Lorin G. Coppock, being duly sworn, depose and say:

I am a Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, and have reason to believe that on the property or premises known as the residence located at 278 Todd Quarter Road, Waterloo, South Carolina, described as a white double wide trailer with green shutters and a small cinder block porch; the numbers 278 on a mailbox immediately adjacent to a dirt driveway that leads to the house; an old silver-colored outbuilding behind the residence; and vehicles, including (1) a 1996 Ford F150, red in color, Tennessee tag number QHN008, VIN 2FTEF15Y3TCA22600, registered to Daniel Schertz, (2) a green and white Ford pickup truck with a camper top, tag number and VIN unknown, and (3) an 18-wheel tractor-trailer combination with a red cab and a "Knight Transport" logo on the trailer; the residence is situated on top of a hill and can be located by driving from Greenville, South Carolina on I-385 to Exit 27, turning right off the exit ramp onto Fairview Road which turns into Neely Ferry Road, and bearing right onto Todd Quarter Road, the subject residence being the first house on the right; and Daniel James Schertz, DOB 4/22/78, SSN 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, described as a white male, 6'0" tall, 240 pounds, with multiple tattoos covering his left forearm, in the District of South Carolina, there is now concealed a certain person or property, namely firearms, ammunition, and paperwork related to the illegal possession and acquisition of firearms, which is fruits and/or instrumentalities of the commission of a criminal offense concerning a violation of Title 18, United States Code, Section 922(g)(8).

The facts to support a finding of Probable Cause are as follows: See attached affidavit.

Continued on the attached sheet and made a part hereof:   ■ Yes   ☐ No

_Lorin D. Coppock_
Lorin G. Coppock

Sworn to and subscribed in my presence on May 18, 2005, at Greenville, South Carolina.

William M. Catoe
United States Magistrate Judge

_WM Cat_
Signature of Judicial Officer